## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**Civil Action No. 1:22 CV 11520 PBS**

| | |
|---|---|
| **RYAN TOTTENHAM,** | ) |
| **PLAINTIFF** | ) |
| | ) |
| **VS.** | ) |
| | ) |
| **PAMALA TSINTERIS, ET. AL.** | ) |
| **DEFENDANTS** | ) |

### DEFENDANTS PAMELA TSINTERIS {Incorrectly Names "Pamala" Tsinteris) & SHARIF NANKOE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT MRCP 4 & 12(b)(6)

NOW COME Defendants Pamela Tsinteris and Sharif Nankoe who respectfully move for the dismissal of Plaintiff's Complaint against them as Plaintiff's claims are barred by Res Judicata and Claim Preclusion, and pursuant to F.R.C.P. 12(b)(6) as the Complaint fails to state causes of against them.

In support of this Motion Defendants respectfully refers the Court to the accompanying Memorandum of Law.

| **CERTIFICATE OF SERVICE** | DEFENDANTS |
|---|---|
| | PAMELA TSINTERIS & SHARIF NANKOE |
| I hereby certify that on this day a true copy of the within document was served upon the attorney of record for each party by mail. | By their attorney, |
| | *Frank L. DePasquale* |
| DATED: April 3, 2023 | Frank L. DePasquale, BBO#659399 |
| | MURPHY & RILEY, P.C. |
| | 99 Rosewood Drive, Suite 280 |
| | Danvers, MA 01923 |
| | (617) 423-3700 |
| | FDepasquale@murphyriley.com |